## (November 19, 1941.)

FREDERICK W. DUSING and Others, etc., Plaintiffs, v. SAMUEL NUZZO and Others, etc., Defendants.— Stay continued until present term adjourned; if this case has not been argued at the present term the stay will be dissolved on the last day of November, 1941, Order and General Calendar Term of this court. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ. [See *ante*, p. 59.]

## (November 26, 1941.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANNA SCHOFF, Appellant.— Motion for leave to prosecute appeal on typewritten copy of statement of facts and briefs granted. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES D. RODGERS, Appellant, v. WALTER B. MARTIN, as Warden of Clinton Prison, Dannemora, N. Y., Respondent.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of the Claim for Benefits under Article 18 of the Labor Law Made by RICHARD SCHEIN, Claimant. FRIEDA S. MILLER, Appellant; FAIRWATER TRANSPORTATION Co., INC., Respondent.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of the Claim for Benefits under Article 18 of the Labor Law Made by JAMES R. KNOWLSON, Claimant. FRIEDA S. MILLER, Appellant; MATTON STEAMBOAT Co., INC., and CONNERS MARINE Co., INC., Respondents.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of the Claim for Benefits under Article 18 of the Labor Law Made by JAMES SHEREDOS, Claimant. LAKE TANKERS CORPORATION, Respondent; FRIEDA S. MILLER, as Industrial Commissioner, Appellant.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of the Claim for Benefits under Article 18 of the Labor Law Made by FRED A. SMITH, Claimant. FRIEDA S. MILLER, as Industrial Commissioner, Appellant; BEN FRANKLIN TRANSPORTATION Co., INC., Respondent.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

JAMES F. WHARTON, as Administrator, etc., of ROBERT K. WHARTON, Deceased, Appellant, v. POUGHKEEPSIE SAVINGS BANK, Respondent, and MORRIS S. TREMAINE, as Comptroller of the State of New York, Defendant.— Motion to modify decision by eliminating direction for costs and by adding the words, " without costs," granted. [See 262 App. Div. 598.] Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.